**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Emoji Company GmbH

                                                              Plaintiff,

v.                                                               Case No.: 1:21−cv−05453

                                                                             Honorable Andrea R. Wood

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 17, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status and motion hearing held on 11/17/2021. Plaintiff shall file a reply in response to Defendant GDJGTA's objection to the entry of preliminary injunction by 12/1/2021. Plaintiff#039;s motion for entry of preliminary injunction [29] is entered and continued. Telephonic status hearing set for 12/8/2021 at 11:00 AM. The Court extends the Temporary Restraining Order to 12/8/2021 while the preliminary injunction motion is briefed and decided. Any Defendant may file a motion to dissolve the TRO to be heard on two days' notice. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.